IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00311-EWN-PAC

CASEY LEE SISNEROS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER COLORADO

MAY - 9 2006

GREGORY C. LANGHAM
CLERK

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Dated: May 9, 2006

BY THE COURT:

s/ Edward W. Nottingham
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-00311-EWN-PAC

Casey Lee Sisneros
Reg. No. 21398-051
FCI – Big Spring - SS5-15L
1900 Simler Avenue
Big Spring, CO 79720

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States of America – CERIFIED
c/o Solicitor General
Department of Justice
Room 5614
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530-0001

United States Attorney
District of Colorado
DELIVERED ELECTRONICALLY
usaco.ecfcivil@usdoj.gov


I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms for process of service on The United States of America SECOND AMENDED COMPLAINT FILED 5/1/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/9/06        .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk