IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00311–EWN–PAC

CASEY LEE SISNEROS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed January 9, 2007. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. Defendant United States' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (#23, filed July 17, 2006) is GRANTED in part and DENIED in part.

    3. The motion to dismiss Plaintiff's FTCA claim (based on medical negligence) for failure to file a certificate of review is DENIED without prejudice. The United States may

  renew its motion to dismiss if Plaintiff does not file a certificate of review, in accordance with C.R.S. § 13-20-602(3)(a) within sixty days of filing of the Recommendation of United States Magistrate Judge or demonstrate good cause as to why a further continuance should be granted.

4. The motion to dismiss part of Plaintiff's first claim for relief as barred by 18 U.S.C. § 4126 is DENIED.

5. The motion to dismiss Plaintiff's FTCA claim alleging negligence by the FCI-Florence Warden is GRANTED for lack of subject matter jurisdiction.

DATED this 6th day of February, 2007.

              BY THE COURT:

              s/ Edward W. Nottingham
              EDWARD W. NOTTINGHAM
              United States District Judge