IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00311-EWN-PAC

CASEY LEE SISNEROS,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND**

    This matter is before the Court on the Defendant's Motion to Take Deposition of Plaintiff, Casey Lee Sisneros, Pursuant to Fed.R.Civ.P.30(a) and (b)7 (Docket No. **52**, Filed July 25, 2007) ("the motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED.**

Dated:  July 26, 2007