IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00311-EWN-KLM

CASEY LEE SISNEROS,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Reply to Respondent's Response to Plaintiff's Motion for Summary Judgement [sic] (FRCP Rule 56) and Motion to Strike Respondent's Response [Docket No. 78; Filed May 19, 2008] (the "Motion"). The Motion is both a responsive pleading and a pleading requesting relief from the Court.[1] Pursuant to D.C. Colo. L. Civ. R. 7.1(C), "[a] motion shall not be included in a response or reply to the original motion." Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED** for Plaintiff's failure to comply with Local Rule 7.1(C). Although Plaintiff is proceeding *pro se*, and therefore receives the benefit of relaxed pleading standards, Plaintiff remains obligated to follow the rules of the Court. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992).

Dated: May 20, 2008

---

[1] The Court notes that Plaintiff's reply was filed out of time. Pursuant to the Court's Order of April 10, 2008 [Docket No. 73], the deadline for Plaintiff to file a reply to his underlying Motion for Summary Judgment [Docket No. 70] was May 12, 2008. Plaintiff did not move for leave to file a late reply, nor has he offered any justification for why he could not comply with the Court's Order. Given Plaintiff's *pro se* status, the Court elects to consider the reply in its adjudication of Plaintiff's Motion for Summary Judgment. However, Plaintiff is warned that his failure to comply with future Court Orders may result in his pleading being stricken or other sanctions imposed.