IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00311-EWN-KLM

CASEY LEE SISNEROS,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Strike Defendant's Response** [Docket No. 81; Filed June 5, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. Plaintiff has failed to offer any justification for striking Defendant's pleading pursuant to Fed. R. Civ. P. 12(f).

Dated: June 6, 2008