IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–00311–EWN–KLM

CASEY LEE SISNEROS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed July 24, 2008. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. Defendant's Motion for Summary Judgment (#58, filed October 29, 2007) is DENIED without prejudice.

    3. The discovery deadlines shall be adjusted for the narrow purpose of designating experts out of time. The parties shall designate experts on or before October 10, 2008

and rebuttal experts on or before November 10, 2008. In addition, the parties shall conclude expert discovery on or before December 10, 2008 and file all dispositive motions with the Court on or before January 9, 2009. If Plaintiff fails to properly designate an expert witness on or before October 10, 2008, then Defendant may seek summary judgment thereafter.

4. Plaintiff's Motion to Strike Defendant's Motion for Summary Judgment (#62, filed November 30, 2007) is DENIED to the extent that Plaintiff seeks summary judgment in his favor. IT IS FURTHER ORDERED that Plaintiff's First Motion [#62] is DENIED to the extent that Plaintiff seeks to strike Defendant's Motion for Summary Judgment.

5. Plaintiff's Motion for Summary Judgment (#70, filed April 7, 2008) is DENIED.

DATED this 5th day of September, 2008.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        Chief United States District Judge