IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00311-EWN-KLM

CASEY LEE SISNEROS,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Subpoena Fed. R. Civ. P. 45** [Docket No. 97; Filed October 15, 2008]. The Court recently denied a "demand" by Plaintiff for the issuance of subpoenas to individuals located outside the jurisdiction of the Court. The Court further noted that no evidentiary hearing has been set [Docket No. 95]. Plaintiff's current "demand" suffers from the same deficiencies. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED** for the reasons stated in my September 29, 2008 Order [Docket No. 95].

Dated: October 21, 2008